FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0083

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DARRIN LELAND REBER,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Julie Pesanti DeLong is granted an extension of time to and including March 5, 2025, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 23 2025